**In re FINJAN, INC.**

**No. 2011-1542.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2013.

Paul J. Andre, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, CA, argued for appellant. With him on the brief were Lisa Kobialka and James R. Hannah.

Nathan K. Kelley, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for Director of the United States Patent and Trademark Office. On the brief were Raymond T. Chen, Solicitor, and Coke Morgan Stewart and Robert J. McManus, Associate Solicitors.

MOORE, BRYSON, AND O'MALLEY, Circuit Judges.

## JUDGMENT

(Reexamination No. 90/008,684)

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**